UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GONZALES,<br><br>Petitioner,<br><br>v.<br><br>DR. GWEN GLEASON-ROHRER,<br><br>Defendant. | Case No.: 3:19-cv-00241-GPC-KSC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**[Dkt. No. 7]** |

This Court previously granted Petitioner Susan Gonzales's ("Petitioner") motion to proceed in forma pauperis ("IFP") but dismissed the action sua sponte without prejudice for failure to state a claim pursuant to § 1915(e)(2). *See* Dkt. No. 4. Thereafter, on March 27, 2019, Petitioner filed a notice of appeal of this Court's dismissal of the action. Dkt. No. 6. On the same day, Petitioner filed a motion and affidavit for permission to proceed IFP on appeal, which is currently pending before this Court. Dkt. No. 7. On April 10, 2019, the United States Court of Appeals for the Ninth Circuit referred the issue

of whether IFP status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. Dkt. No. 10. For the reasons below, Petitioner's motion and affidavit for permission to proceed IFP on appeal is **DENIED** without prejudice.

An indigent party who cannot afford the expense of pursuing an appeal may file a motion for leave to proceed in forma pauperis. *See* FED. R. APP. P. 24(a); 28 U.S.C. § 1915(a)(1). "A party seeking to proceed *in forma pauperis* on appeal must file a motion with the district court and attach an affidavit that '(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal.'" *Ontiveros v. Cate*, No. 09CV1503 JAH CAB, 2010 WL 4316942, at *1 (S.D. Cal. Oct. 27, 2010) (quoting FED. R. APP. P. 24(a)(1)). If the applicant does not claim an entitlement to redress or provide the statement of issues which she intends to present on appeal, IFP will be denied. *See Tran v. Macomber*, No. 11-CV-00877-CW, 2016 WL 324348, at *15 (N.D. Cal. Jan. 27, 2016) (denying petitioner's application for leave to proceed in forma pauperis on appeal where "[t]he application is deficient in that it . . . does not contain an affidavit in which Petitioner 'claims an entitlement to redress' and 'states the issues that the party intends to present on appeal'") (citing FED. R. APP. P. 24(a)(1)).

This Court previously dismissed the action sua sponte without prejudice for failure to state a claim pursuant to § 1915(e)(2), finding that Petitioner did not allege facts establishing federal jurisdiction, and in any event, failed to provide sufficient factual allegations to support a claim for medical malpractice. *See* Dkt. No. 4. The Court observed that Petitioner's employer San Diego Family Care had not been alleged to be a Government employer to be implicated by the Federal Tort Claims Act ("FTCA"). *Id.* Nor had Petitioner alleged exhaustion of administrative remedies, a jurisdictional requisite to relief pursuant to the FTCA. *Id.*

After the sua sponte dismissal, Petitioner filed a motion for permission to proceed IFP on appeal and attached an affidavit in support of the motion. Dkt. No. 7. However,

2

3:19-cv-00241-GPC-KSC

Petitioner's affidavit has not claimed an entitlement to redress, nor has it set forth the issues that she intends to present on appeal. *See* Dkt. No. 7. Petitioner's Notice of Appeal also does not discuss these issues. *See* Dkt. No. 6.

Consequently, Petitioner has failed to meet the second and third requirements set forth under Federal Rules of Appellate Procedure 24(a)(1). Accordingly, Petitioner's motion to proceed IFP on appeal is DENIED without prejudice to Petitioner filing an application in the United States Court of Appeals for the Ninth Circuit to proceed IFP on appeal. *See* FED. R. APP. P. 24(a)(5); *Coppedge v. United States*, 369 U.S. 438, 445 (1962) ("If the District Court . . . denies leave to appeal in forma pauperis, the defendant may seek identical relief from the Court of Appeals.").

## CONCLUSION

For the foregoing reasons, this Court **DENIES WITHOUT PREJUDICE** Petitioner's Motion to Proceed In Forma Pauperis on Appeal.

**IT IS SO ORDERED.**

Dated: June 3, 2019

Hon. Gonzalo P. Curiel
United States District Judge